Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Lea K. Schneider, OSB No. 145154
lschneider@swlaw.com
SNELL & WILMER L.L.P.
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
Telephone: 503.624.6800
Facsimile: 503.624.6888
Attorneys for Defendant Omegle.com LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| S.L., on behalf of minor K.A., | Case No. 1:23-cv-1593 |
| Plaintiff, | CORPORATE DISCLOSURE STATEMENT |
| vs. | |
| OMEGLE.COM LLC, an Oregon limited liability company, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 7.1, defendant Omegle.com LLC states that there is no parent corporation or publicly held corporation holding ten-percent or more of its stock.

Pursuant to Civil Local Rule 7.1, defendant states that it has one member, a natural person who is a citizen of Florida.

DATED this 29th day of October, 2023.    SNELL & WILMER L.L.P.

 /s/ *Clifford S. Davidson*
Clifford S. Davidson, OSB No. 125378
Lea K. Schneider, OSB No. 145154
  Attorneys for Defendant Omegle.com LLC

4880-2104-8456

Page 2 – CORPORATE DISCLOSURE