Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Lea K. Schneider, OSB No. 145154
lschneider@swlaw.com
SNELL & WILMER L.L.P.
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
Telephone: 503.624.6800
Facsimile: 503.624.6888
Attorneys for Defendant Omegle.com LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| S.L., on behalf of minor K.A., | Case No. 1:23-cv-1593-HZ |
| Plaintiff, | UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT |
| vs. | |
| OMEGLE.COM LLC, an Oregon limited liability company, | Current Deadline: November 6, 2023 |
| Defendant. | Proposed Deadline: November 10, 2023 |

### LR 7-1 CERTIFICATION

Counsel for defendant Omegle.com LLC ("Omegle") certifies that he conferred with Plaintiff's counsel, and that Plaintiff does not oppose this motion.

### UNOPPOSED MOTION

Pursuant to Fed. R. Civ. P. 16 and Civil Local Rule 16, Omegle moves the Court for an extension of time to answer or otherwise respond to the complaint in this action. On September 28, 2023, Plaintiff filed a complaint captioned *S.L. on behalf of minor K.A. v. Omegle.com LLC* in the Circuit Court of Multnomah County, Oregon. Plaintiff served Omegle with the summons

and complaint on October 3, 2023. On October 29, 2023, Omegle removed this matter from Multnomah County Circuit Court to this court. Defendant's current deadline to respond to the complaint, pursuant to Fed. R. Civ. P. 81(c)(2)(C), is November 6, 2023. Due to the press of other matters, undersigned counsel asked Plaintiff for a brief extension, to November 10, 2023, to respond to the complaint, and Plaintiff's counsel graciously has consented.

This is the first request for an extension of time to answer or otherwise respond. An extension would not affect other deadlines in this action. This request is made in good faith and not for the purpose of undue delay.

DATED this 1st day of November, 2023.   SNELL & WILMER L.L.P.

 /s/ Clifford S. Davidson
Clifford S. Davidson, OSB No. 125378
Lea K. Schneider, OSB No. 145154

Attorneys for Defendant Omegle.com LLC

4891-4753-9084